# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1983

_____

Alonzo Dwayne Coleman,

*Plaintiff - Appellant*,

v.

Michael C. Hakala, Physician, Corizon, SECC; Elizabeth Conley, Regional
Medical Director, Missouri Department of Corrections; Phyllis Stanley; Corizon
Medical Services,

*Defendants - Appellees*,

Ruth Taylor, Director of Nursing; Stephanie Novak, Health Services
Administrator, Corizon, SECC; John Doe; Jane Doe,

*Defendants*.

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: June 20, 2018
Filed: June 26, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Alonzo Dwayne Coleman appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. On de novo review, we view the record in a light most favorable to Coleman, and draw all reasonable inferences in his favor. Under that standard, we agree with the district court that Coleman did not create a jury issue on whether the medical care Dr. Michael Hakala provided for his kidney and liver diseases and their related symptoms rose to the level of deliberate indifference, which requires a mental state akin to criminal recklessness. *See Jackson v. Buckman*, 756 F.3d 1060, 1065-66 (8th Cir. 2014).

The summary judgment record showed that Coleman's chronic and incurable diseases were monitored through lab tests, an ultrasound, CT scans, and evaluations by specialists, and that he admitted the medication he received for his pain was effective. While, as the district court noted, the treatment provided was not a "model of medical care," Coleman offered no verifying medical evidence that a delay in his receiving certain diagnostic tests, or in seeing a specialist, had a detrimental effect. *See Laughlin v. Schriro*, 430 F.3d 927, 929 (8th Cir. 2005). We also agree with the district court that because the record did not demonstrate a constitutional violation, there was no basis for § 1983 corporate liability against Corizon Medical Services, *see Smith v. Insley's, Inc.*, 499 F.3d 875, 880 (8th Cir. 2007), or for supervisory liability against Dr. Elizabeth Conley or Phyllis Stanley, *see Meloy v. Bachmeier*, 302 F.3d 845, 849 (8th Cir. 2002). We deny appellees' motion to strike, and affirm the judgment.

———————————————

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.